■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES R. JANOSKO, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.—

Order unanimously affirmed, without costs of this appeal to either party. (Appeal from order of Cayuga Special Term denying an application for a writ of habeas corpus, without a hearing.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.